UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX SHIVER, LLC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 23-CV-1898 |

**CLARIFICATION TO ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

This order clarifies the Court's previous order at ECF No. 9, on request of Plaintiff.

First, Financial Institutions is defined to include such entities as PayPal, Inc; eBay Commerce, Inc.; Zhejiang Ant Small and Micro Financial Services Group Co., Ltd.; AliPay.com Co., LTD/AliPay China Internet Technology Co. LTD/Alipay Singapore E-commerce Private Limited; PingPong Global Solutions Inc.; Payoneer Inc.; and Camel FinTech, Inc.  These institutions are hereby ordered to comply with the TRO at ECF No. 9 in the same scope and manner as the Marketplace Platforms.  (*See* ECF No. 9 at ¶¶ 3 – 5.)

Second, these Financial Institutions are directed to comply with expedited discovery, as described in the TRO.  (*See* ECF No. 9 at ¶¶ 6 – 7.)

Third, Plaintiff requests that service of the Financial Institutions and Marketplace Platforms be allowed by electronic means.  These entities are non-parties, and electronic service

1

seems reasonably calculated to advise them of their responsibilities under the TRO, particularly given the relative sophistication of the entities. As such, this request is granted.

The Clerk of Court is directed to close the motion at Docket No. 10.

SO ORDERED.

April 27, 2023

                                                 J. PAUL OETKEN
                                          United States District Judge