UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

Fox Shiver, LLC, a New York Limited
Liability Company;

                Plaintiff           Case No: 1:23-cv-1898-JPO

     v.

Individuals, Corporations, Limited
Liability Companies, Partnerships,
and Unincorporated Associations Identified
on Schedule A to the Complaint,

                Defendants.

--------------------------------------------------------x

## NOTICE OF MOTION FOR RECONSIDERATION OR IN THE ALTERNATIVE, FOR A CONTINUANCE AND EXTENSION OF THE PRELIMINARY INJUNCTION HEARING AND TEMPORARY RESTRAINING ORDER

       PLEASE TAKE NOTICE THAT, in accordance with the Court's Local Rule 6.3 and Federal Rule of Civil Procedure 60, or alternatively, Federal Rule of Civil Procedure 65, Plaintiff, by and through their undersigned counsel, move for reconsideration of the Court's order concerning service of the Temporary Restraining Order through the Hague Convention, or in the alternative, for a continuance and extension of the preliminary injunction hearing and temporary restraining order.

                Respectfully submitted,

Date:  May 12, 2023

           By:   */s/ Dmitry Lapin*
                 Dmitry Lapin, Esq.
                 Axenfeld Law Group, LLC
                 2001 Market Street Suite 2500
                 Philadelphia, PA 19103
                 dmitry@axenfeldlaw.com
                 917-979-4570

                 *Attorney for Plaintiff Fox Shiver LLC*