UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOX SHIVER LLC,

                Plaintiff,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

                Defendants.

23-CV-1898 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Finding good cause for the reasons set forth in Plaintiff's letter motion at ECF No. 21, Plaintiff's request for a continuance is granted. The telephonic preliminary injunction hearing is adjourned to June 2, 2023, at 10:30 a.m. New York time. At that time any interested parties shall dial 888-557-8511 and enter passcode 9300838. The temporary restraining order at ECF No. 9, as clarified at ECF No. 11, is hereby extended pursuant to Rule 65(b)(2) to the date and time of the show cause hearing on June 2, 2023. Defendants shall file any opposition papers by May 31, 2023. Plaintiff shall serve a copy of this order pursuant to the terms of the Court's prior order.

    The Clerk of Court is directed to close the motion at ECF No. 21.

    SO ORDERED.

Dated: May 18, 2023
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge