UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOX SHIVER LLC,

                 Plaintiff,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

                 Defendants.

23-CV-1898 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Finding good cause for the reasons set forth in Plaintiff's letter motion at ECF No. 33, Plaintiff's request for a continuance is granted. The telephonic preliminary injunction hearing is adjourned to June 23, 2023, at 3:30 p.m. New York time. At that time any interested parties shall dial 888-557-8511 and enter passcode 9300838. The temporary restraining order at ECF No. 9, as clarified at ECF No. 11, is hereby extended pursuant to Rule 65(b)(2) to the date and time of the show cause hearing on June 23, 2023. Defendants shall file any opposition papers by June 22, 2023. Plaintiff shall serve a copy of this order pursuant to the terms of the Court's prior order.

    The Clerk of Court is directed to close the motion at ECF No. 33.

    SO ORDERED.

Dated: June 1, 2023
       New York, New York

                                                     J. PAUL OETKEN
                                                   United States District Judge