UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX SHIVER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | Civil Action No. 1:23-CV-01898 (JPO) |

## ORDER

J. PAUL OETKEN, District Judge:

This matter comes before the Court on the "Notice of Motion to Substitute/Add Parties" and the "Memorandum of Law in Support of Motion to Substitute/Add Parties," filed by Plaintiff Fox Shiver, LLC ("Plaintiff"), which is unopposed and filed upon consent of the parties. (Dkt. Nos. 39–40.)

IT IS HEREBY ORDERED that

1.  Plaintiff's Motion to Substitute/Add Parties is GRANTED.

2.  Defendant No. 442, "Joybuy"; Defendant No. 443, "Joybuy America"; and Defendant No. 444, "Joybuy Fashion" (collectively, "the Joybuy Marketplace") are not the proper defendants because the Joybuy Marketplace is a platform operating within Walmart.com.

3.  The eight (8) third-party sellers, who the Joybuy Marketplace identified as having marketed and/or sold the accused products, are proper defendants in this case.

4. Accordingly, the following third-party sellers are substituted as defendants in the place of the Joybuy Marketplace platform and added to Schedule A to the Complaint, as follows:

| Defendant No. | Defendant Name |
| --- | --- |
| Defendant No. 658 | Shenzhen Olan Kongge Technology Co. |
| Defendant No. 659 | Guangzhou Huangsong Network Co. |
| Defendant No. 660 | Guangzhou Hongrui E-Commerce Co. |
| Defendant No. 661 | Shenzhen Lvhe Trading Co. |
| Defendant No. 662 | Shenzhen Little Chestnut Toys Co. |
| Defendant No. 663 | Guangzhou Hechangfei Economic and Trade Co. |
| Defendant No. 664 | Changning Nuolikemei Network Technology Co. |
| Defendant No. 665 | Shenzhen RongHua FuGui Electronic Commerce Co. |

5. Furthermore, the Joybuy Marketplace is hereby dismissed with prejudice from this litigation.

The Clerk of Court is directed to close the motion at Docket Number 39.

It is SO ORDERED.

June 27, 2023
Date

J. PAUL OETKEN
United States District Judge