UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOX SHIVER LLC,

                        Plaintiff,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

                        Defendants.

23-CV-1898 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Several Defendants were served on May 9, 2023; May 10, 2023; May 26, 2023; May 31, 2023; June 28, 2023; and October 16, 2023. No dismissal or appearance has been filed with respect to these remaining Defendants.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from the remaining Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by December 20, 2023, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order on Defendants.

    SO ORDERED.

Dated: December 4, 2023
       New York, New York

                                                                                      _____
                                                                                   J. PAUL OETKEN
                                                                                  United States District Judge