UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOX SHIVER LLC,

                Plaintiff,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

                Defendant.

23-CV-1898 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Several Defendants were served on February 6, 2024. However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by May 27, 2024, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    SO ORDERED.

Dated: May 13, 2024
       New York, New York

                                                  _____
                                                       J. PAUL OETKEN
                                                   United States District Judge