UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOX SHIVER LLC,

Plaintiff,

-v-

INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO
THE COMPLAINT,

Defendants.

23-CV-1898 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

It appears that Defendants in this action have now all been served (ECF Nos. 58, 59, 61, 62, 92, 102, 108), with answers due no later than October 28, 2024. However, no appearance has been entered on any Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

Plaintiff is directed to notify the Court whether there are any remaining Defendants that have not yet been served, whether it intends to move for default judgment, and/or if it has received any communication from any Defendants or counsel regarding forthcoming responses to the complaint.

If Plaintiff fails by December 17, 2024, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order on Defendants by the means previously authorized by the Court.

SO ORDERED.

Dated:  December 3, 2024
        New York, New York

J. PAUL OETKEN
United States District Judge