UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Fox Shiver LLC

                        Plaintiff

                                                     Case No: 23-cv-1898-JPO

v.

Individuals, Corporations, Limited
Liability Companies, Partnerships,
and Unincorporated Associations Identified
on Schedule A to the Complaint,

                        Defendants.

-----------------------------------------------------------x

## **ORDER GRANTING LEAVE TO SERVE DEFAULT JUDGMENT MATERIALS VIA EMAIL**

Upon consideration of Plaintiff's motion for leave to serve all documents in support of its motion for default judgment via email (ECF No. 131), and for good cause shown, it is hereby:

**ORDERED** that Plaintiff's motion is GRANTED. Plaintiff may serve all documents in support of its motion for default judgment (ECF No. 125) via email, solely as to those Defendants for whom service via email was previously authorized by the Court in its prior orders (ECF Nos. 9, 91, 101, 107, and 114); and it is further

**ORDERED** that Plaintiff shall file a certificate of service confirming such service by email within the timeframe required by Individual Rule 4(J)(viii).

**SO ORDERED**

DATED: _July 25_, 2025

J. PAUL OETKEN
United States District Judge